**Order issued September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-01464-CR
_____

**LARRY LEE GRACE, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Chief Justice Wright and Justices FitzGerald and Fillmore

Based on the Court's opinion of this date, we **GRANT** the May 18, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Larry Lee Grace, Jr., TDCJ No. 1888521, Eastham Unit, 2665 Prison Road #1, Lovelady, Texas, 75851.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE